IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | |
|---|---|
| **NELSON TORRES ROMERO** <br> **CANDIDA ROSA ORTIZ MIRANDA** <br><br> Debtor(s) | Case Number: 19-04181-EAG <br><br> Chapter 13 |

**TRUSTEE'S OBJECTION TO CLAIM NUMBER 04
FILED BY <u>HOSPITAL GENERAL MENONITA,INC.</u>
NOTICE AND CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

   **COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully **ALLEGES, STATES and PRAYS**:

1. On 8/20/2019 claim number 04 was filed by **HOSPITAL GENERAL MENONITA,INC,** in the amount of $597.81. The Trustee objects to this claim under the following grounds:

    - **The evidence is without attached in the claim name of the debtor is this case. Creditor has not demonstrated its right to payment pursuant to 101(5)(A). Pursuant 502(j) of the Bankruptcy Code, the trustee hereby requests from this Honorable Court to allow trustee not to make payments to this claim.**

2. The "Service members Civil Relief Act affidavit is not necessary since claimant is not an individual. LBR 3007-1 and 9013-1(c)(4).

   **WHEREFORE, it is respectfully requested from this Honorable Court to:**

   **DISALLOW THE AFOREMENTIONED CLAIM.**

   <u>**Notice:**</u> Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed

within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

**Certificate of Service**: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: debtor(s), **HOSPITAL GENERAL MENONITA INC, PO BOX 1650 CIDRA PR 00739-1650**, and parties in interest that have filed notices of appearance, included in the service list attached to the original hereof.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this August 27, 2019.

/S/ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062
San Juan PR 00902-4062
Phone: 787-977-3500
Fax: 787-977-3521
**CCC HPM**

| 19-04181-EAG | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

HOSPITAL GENERAL MENONITA INC
PO BOX 1650
CIDRA, PR 00739 -1650

NELSON TORRES ROMERO and CANDIDA ROSA ORTIZ MIRANDA
HC 01 BOX 15437
COAMO, PR 00769

JORGE R COLLAZO SANCHEZ*
PO BOX 1494
COAMO, PR 00769

DATED: August 27, 2019

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE NO  19-04181-EAG